1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY HOLLAND,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BRINKER RESTAURANT CORPORATION D/B/A CHILI'S #1449; FRANKLIN MOTEL, LLC; and DOES 1 to 10,<br><br>　　　　　Defendants. | **Case No.: 2:19-cv-08084 RGK (GJSx)**<br>Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION**<br><br>JS-6 |

1 | Based on the stipulation of the parties and for good cause shown:
2 | IT IS HEREBY ORDERED that the entire action be dismissed with prejudice,
3 | all parties to bear their own fees and costs.
4 |
5 | SO ORDERED.
6 |
7 | DATED: April 15, 2020          _*Jay Klausner*_
8 |                                 United States District Court Judge